In the Matter of Abraham Kalisky.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Abraham Kalisky.— Application denied. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Florence Guernsey v. Butterick Publishing Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Metropolitan Life Insurance Company v. Ruth N. Heinze and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Realty Advertising and Supply Company v. W. J. Kells Manufacturing Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Joseph E. Heller v. Jennie M. Bodensiek.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Julius Saur v. Union Savings Bank.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Leo C. Dessar v. Charles S. Hirsch.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Louis Rosenthal v. Max Bimstein.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Sultan of Turkey v. Haroutyoun Tiryakian and Others.— Motion granted; questions certified. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Albert A. Bunce v. Charles F. Humphrey.— Motion granted; questions certified. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Henrietta Eisenbach v. Mutual Life Insurance Company.— Motion granted; questions certified. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Robert J. Lacier v. Jackson Motor Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Elizabeth J. Atkins v. James A. Trowbridge and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

David C. Miller v. United States Trust Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Lorenz Reich v. Alexander S. Cochran and Others.— Motion granted; questions certified. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.